United States District Court
Southern District of Texas
**ENTERED**
June 07, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Shalonda Turner, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-21-2076 |
| RCI Hospitality Holdings, Inc., *et al.*, | § § § | |
| Defendants. | § § | |

## Final Voluntary Dismissal

Based on the parties' joint motion, Shalonda Turner's claims against RCI Hospitality Holdings, Inc., XTC Cabaret, Inc., and Eric Langen, are dismissed with prejudice. (18)

Signed on June 7, 2022, at Houston, Texas.

Lynn N. Hughes
United States District Judge